IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02310-LTB

JUAN CHAVEZ,

    Plaintiff,

v.

C/O VERGARA,
C/O HEARMENN, and
C/O MYERS,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 17, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 17 day of October, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/L. Gianelli
            Deputy Clerk